**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **GUERRA, WILLIAM** | ) | |
| | ) | **CASE NO. 05 B 63860** |
| | ) | |
| | ) | **JUDGE PAMELA S. HOLLIS** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:  U.S. BANKRUPTCY COURT
>      219 South Dearborn, Courtroom 644
>      Chicago, Illinois 60604
>
> on: **November 27, 2007**
> at: **10:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

> a. Receipts                         $    290,584.46
>
> b. Disbursements                    $    202,697.09
>
> c. Net Cash Available for Distribution$   87,887.37

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested | |
|---|---|---|---|---|---|
| Trustee | $ | 0.00 | $17,779.22 | $ | |
| Trustee | $ | 0.00 | $ | $ | 293.96 |
| US Bankruptcy Court | $ | 0.00 | $ | $ | 250.00 |
| Trustee's Firm Legal | $ | 0.00 | $14,001.50 | $ | |
| Trustee's Firm Legal | $ | 0.00 | $ | $ | 385.55 |

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $72,935.20 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 66.05%.

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---|---|---|---|
| 6 | YVONNE CONTRERAS | $ | 31,900.00 | $ | 21,071.45 |
| 8 | Illinois Dept of Healthcare and Family Services/MR | $ | 41,035.20 | $ | 27,105.69 |

6.   Claims of general unsecured creditors totaling $44,981.11, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **October          24,**
         **2007**                     For the Court,


                              By:   **KENNETH S. GARDNER**
                                    Kenneth S. Gardner
                                    Clerk of the United States
                                    Bankruptcy Court
                                    219 S. Dearborn Street, 7th Floor
                                    Chicago, IL 60604

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1          User: amcc7                    Page 1 of 2                Date Rcvd: Oct 24, 2007
Case: 05-63860               Form ID: pdf002               Total Served: 42

The following entities were served by first class mail on Oct 26, 2007.
```
db              +William Guerra,   827 Beaumont Drive,   Apt # 203,   Naperville, IL 60540-1802
aty             +Chaya D Williams,   Leibowitz Law Center,   420 W. Clayton Street,   Waukegan, IL 60085-4216
aty             +David P Leibowitz,   420 W. Clayton Street,   Waukegan, IL 60085-4216
aty             +Harry F Chaveriat, Jr,   Zalutsky & Pinski, Ltd.,   20 N Clark St Ste 600,
                  Chicago, IL 60602-4184
aty             +Sharanya Gururajan,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
aty             +Thomas Twomey,   Zalutsky & Pinski Ltd,   20 N Clark St.,   Suite 600,   Chicago, IL 60602-4184
tr              +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10505003        +ATG Credit, LLC,   1962 N. Clybourn Ave.,   Suite 201,   Chicago, IL 60614-4924
10756004        +Alma I. Rodriguez,   c/o Gregory K. Stern, Esq.,   53 West Jackson Boulevard,   Suite 1442,
                  Chicago, Illinois 60604-3536
10505002         Alma Rodriguez,   Chicago, IL
10641785        +Arrow Financial Services LLC,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10505004        +Barry Locke,   205 West Wacker Suite 2333,   Chicago, IL 60606-1416
10729040        +Barry Locke and Barry Locke & Assoc.,   c/o Cohen & Krol,   105 W. Madison,   Suite 1100,
                  Chicago, IL 60602-4600
10505005         Capital One Bank,   Acct # xxxx-xxxx-xxxx-1258,   P.O. Box 85147,   Richmond, VA 23285
10505006        +Chase Bank USA,   Acct # xxxxxxxxxxxx7853,   PO BOX 100043,   Kennesaw, GA 30156-9243
10505007        +Chase NA,   Acct # xxxx-xxxx-xxxx-5131,   100 Duffy Ave.,   Westbury, NY 11594-0001
10505008        +Circuit City,   Acct # xxxx0801,   P.O. Box 3083,   Milwaukee, WI 53201-3083
10505009         City of Chicago Department,   of Revenue,   P.O. Box 88292,   Chicago, IL 60680-1292
10505010         ComCast,   Acct # xxxxxxxxxxxx8100,   P.O. Box 173908,   Denver, CO 80217-3908
10505012        +Countrywide Home Loan,   7105 Corporate Dr,   Plano, TX 75024-4100
10505013        +Direct Merchant Bank,   Acct # xxxx-xxxx-xxxx-8339,   P.O. Box 4154,   Payment Center,
                  Carol Stream, IL 60197-4154
10505014        +Douglass Smith,   200 North Dearborn, Suite 3806,   Chicago, IL 60601-1621
10505015        +Future Finance,   5251 W. 95th Street,   Oak Lawn, IL 60453-2459
10505016        +Gessler Hughes Socal, et al,   Three First National Plaza,   Ste 4000,   Chicago, IL 60602-5010
10505017        +Hartgrove Hospital,   Acct # xxxxx0014,   520 North Ridgeway,   Chicago, IL 60624-1232
10505018         Illinois Attorney General,   100 W. Randolph St.,   Chicago, IL 60601-3218
10505019        +Illinois Department of Public Aid,   Division of Child Support Enforceme,
                  32 West Randolph Street, RM 900 32,   Chicago, IL 60601-3423
10866323        +Illinois Dept of Healthcare and Family Services/MR,   P O Box 19405,   Springfield, IL 62794-9405
10505020        +JC Penney,   Acct # CGxxxxxxxxxx0054,   P.O. Box 981131,   El Paso, TX 79998-1131
10505021        +Mary Farmer,   33 North Dearborn Suite 2401,   Chicago, IL 60602-3853
10505022        +Nationwide Acceptance,   Acct # xx7126,   318 W. Adams St.,   Chicago, IL 60606-5111
10505023        +Peoples Energy,   130 E Randolph,   Chicago, IL 60601-6302
10505024        +Pierce & Associates,   1 North Dearborn,   Suite 1300,   Chicago, IL 60602-4331
10505025        +Resurrection Health,   1431 North Claremon,   Chicago, IL 60622-1702
10505026        +S & P Capital Investments,   1601 W. Airport Freeway,   Euless, TX 76040-4020
10505027        +SBC Ameritech,   Acct # xxxxxxxxxxxxxxxx5855,   Law Department, Suite 27A,   225 W. Randolph St.,
                  Chicago, IL 60606-1838
10505028         SBC Midwest,   Consumer Bankruptcy,   P.O. Box 769,   Arlington, TX 76004-0769
10505029         Sprint,   Acct # xxxxxxx285-4,   P.O. Box 650270,   Dallas, TX 75265-0270
10505030        +State of Illinois,   Dept. of Pub Aid,Div of Chld Suppt,   Prescott Bloom Building P.O. Box 19,
                  Springfield, IL 62705
10505032         Yvonne Contreras,   c/o Richard C. Fry,   P O Box 5571,   Austin, TX 78763-5571
```

The following entities were served by electronic transmission on Oct 25, 2007.
```
10505011        +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                        ComEd,
                  Acct # xxxxxxx0026,   Bankruptcy Section/Revenue Mgmt,   2100 Swift Drive,
                  Oak Brook, IL 60523-1559
10505031        +Fax: 866-419-3894 Oct 25 2007 05:45:26   US Cellular,   Acct # xxx1279,   P.O. Box 94250,
                  Palatine, IL 60094-4250
                                                                                         TOTAL: 2
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10756005         Alma I. Rodriguez
10505033         Yvonne Contreras,   UNKOWN ADDRESS
aty*            +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10729051*       +Barry Locke and Barry Locke & Assoc.,   c/o Cohen & Krol,   105 W. Madison,   Ste. 1100,
                  Chicago, IL 60602-4600
10692609*       +City of Chicago Department of Revenue,   P O Box 88292,   Chicago, IL 60680-1292
                                                                                   TOTALS: 2, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: amcc7          Page 2 of 2          Date Rcvd: Oct 24, 2007
Case: 05-63860               Form ID: pdf002       Total Served: 42
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**                    **Signature:**